**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Petitioner,

v.

Jimmy Turner, Respondent.

Appellate Case No. 2016-002204

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Marion County
William H. Seals, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-35
Heard October 17, 2018 – Filed October 24, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, all for Petitioner.

Appellate Defender David Alexander, of Columbia, for Respondent.

---

**PER CURIAM:**  We granted the State's petition for a writ of certiorari to review the Court of Appeals' decision to reverse Respondent's convictions due to improper bolstering by an expert witness.  *State v. Turner*, Op. No. 2016-UP-411 (S.C. Ct. App. filed Sept. 21, 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**